AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Daniel Shaw

)
)  Case: 1:21-mj-00668
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 11/29/2021
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **Daniel Shaw**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date:  11/29/2021

Digitally signed by G. Michael Harvey
Date: 2021.11.29 11:34:32 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on (date) 11/29/2021, and the person was arrested on (date) 12/3/2021
at (city and state)   Santa Rosa, CA.

Date: 12/3/2021

*Arresting officer's signature*

SA Stephanie Minor
*Printed name and title*